IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:04-CR-136 |
| | ) | |
| JAMES DOTSON | ) | |

## **MEMORANDUM AND ORDER**

This criminal case came before the court on August 29, 2005, for the defendants' changes of pleas. However, the court was informed that the defendants had changed their minds and instead want to go to trial. The defendants have filed a joint motion for a continuance to allow their counsel sufficient time to prepare for trial [doc. 46]. The government does not oppose the defendants' motion.

The court finds the defendants' motion well-taken, and it will be granted. The court finds that the ends of justice served by granting the defendants' motion outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). The court finds that the defendants and the government need additional time to prepare for trial given the defendants' change of heart about entering guilty pleas. 18 U.S.C. § 3161(h)(8)(B)(vi). Therefore, all the time from the filing of this motion to the new trial date is

excludable time within the meaning of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A).

It is hereby **ORDERED** that the defendants' motion for a continuance of the trial is **GRANTED**, and the trial is **CONTINUED** to October 4, 2005, at 9:00 a.m.

ENTER:

      *s/ Leon Jordan*
United States District Judge